B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–82267
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Teresa M. Schepler
   aka Terry M. Schepler
   150 North Wooster Street
   Unit #6
   Capron, IL 61012

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2529

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                  FOR THE COURT

Dated: <u>September 24, 2013</u>                     <u>Kenneth S. Gardner, Clerk</u>
                                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-82267-TML
Teresa M. Schepler                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: admin           Page 1 of 1             Date Rcvd: Sep 24, 2013
                            Form ID: b18          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2013.
```
db         +Teresa M. Schepler,   150 North Wooster Street,    Unit #6,   Capron, IL 61012-9505
20642903   +5/3 Bank Credit Card,   5050 Kingsley Drive,   Cincinatti, OH 45263-0001
20642904   +Attorney Laurence A. Wilbrandt,   65 S. Virginia St.,   Crystal Lake, IL 60014-5818
20642911   +Donald Schepler,   9425 W. Glen Oaks Cir. N.,   Sun City, AZ 85351-1307
20642912  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,   5050 Kingsley Drive,   Cincinnati, OH 45263)
20642913   +Fifth Third Bank,   5050 Kingsley Drive,   Cincinnati, OH 45227-1115
20642914   +Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
20924660   +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
20642915   +Poplar Grove State Bank,   109 North State Street,   Poplar Grove, IL 61065-8402
20642916   +Wooster St. Townhome Association,   Ken Kniep, Poplar Grove State Bank,   109 N. State St.,
             Poplar Grove, IL 61065-8402
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20642905       EDI: BANKAMER.COM Sep 25 2013 01:08:00    Bank Of America, N.A.,   4161 Piedmont Parkway,
               Greensboro, NC 27410
20642906       EDI: CHASE.COM Sep 25 2013 01:13:00    Cardmember Service,   PO Box 15153,
               Wilmington, DE 19886-5153
20642908      +EDI: CHASE.COM Sep 25 2013 01:13:00    Chase,   PO Box 94014,   Palatine, IL 60094-4014
20642907      +EDI: CHASE.COM Sep 25 2013 01:13:00    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
20642910      +E-mail/Text: bankruptcy@commercebank.com Sep 25 2013 01:43:24     Commerce Bank,   PO Box 410857,
               Kansas City, MO 64141-0857
20642909      +E-mail/Text: bankruptcy@commercebank.com Sep 25 2013 01:43:24     Commerce Bank,   PO Box 411036,
               Kansas City, MO 64141-1036
20806159       E-mail/Text: bankruptcy@commercebank.com Sep 25 2013 01:43:24     Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20900330      Bank of America, N.A., its successors and assigns
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2013                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
```
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Jeffrey  Spector    on behalf of Creditor   Bank of America, N.A., its successors and assigns
           ndil@kmi-law.com
          Joseph D Olsen    Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Rebecca A Lamm    on behalf of Debtor Teresa M. Schepler rlamm@fgmlaw.com
                                                                                             TOTAL: 6
```