UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )        CHAPTER 7
                                          )
TERESA SCHEPLER,                          )  CASE NO.   13-82267
                                          )
                        Debtor(s).        )  JUDGE THOMAS M. LYNCH

### NOTICE OF FILING

TO:     See attached service list.

    Please take notice that on October __10th__, 2013, I filed the Trustee's Report of Sale with the office of the U.S. Bankruptcy Clerk, Northern District of Illinois, Western Division, 327 South Church St., Rockford, IL. a copy of said document is available for inspection at the offices of the U.S. Bankruptcy Court or at the offices of Yalden, Olsen & Willette, during usual business hours.


STATE OF ILLINOIS          )
                           ) ss
COUNTY OF WINNEBAGO    )

    I, the undersigned being first duly sworn on oath, depose and state that I caused the aforesaid to be served by placing a true and correct copy of said document(s) in an envelope(s) addressed as follows:

Please refer to attached service list.

    I seal said envelope(s) and place sufficient U.S. postage on the same; that I deposited said envelope(s) so sealed and stamped in the U.S. mail at Rockford, IL at or about the hour of 5:00 p.m. on October__10th__, 2013.


Subscribed and sworn to before me
this_10th_ day of __October__, 2013.

_____
        Notary Public

OFFICIAL SEAL
BRENDA C. GARR
Notary Public - State of Illinois
My Commission Expires Apr 0

Prepared by:
Joseph D. Olsen
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL  61104
(815) 965-8635
FAX (815) 965-4573

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                              )    CHAPTER 7
                                    )
TERESA SCHEPLER,                    )    CASE NO.  13-82267
                                    )
            Debtor.                 )    JUDGE THOMAS M. LYNCH

### REPORT OF SALE

NOW COMES JOSEPH D. OLSEN, Trustee, by his attorneys, YALDEN, OLSEN &

WILLETTE, and files his Report of Sale of the estate's one-half interest in the property located at

773 Weston Drive, Crystal Lake, Illinois.

| Property: | Sale Price |
| --- | --- |
| 773 Weston Drive, Crystal Lake, Illinois | $24,604.18 |

Purchaser:

Elmm Street Homes, LLC

JOSEPH D. OLSEN, Trustee

YALDEN, OLSEN & WILLETTE, his attorneys

By:   s/s Joseph D. Olsen
            Joseph D. Olsen

Joseph D. Olsen
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104
(815) 965-8635
FAX (815) 965-4573