UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TERESA SCHEPLER, | ) | CASE NO. 13-82267 |
| | ) | |
| Debtor(s). | ) | JUDGE THOMAS M. LYNCH |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

TO:   See attached service list

Joseph D. Olsen, Trustee has filed papers with the Court regarding his **Motion to Compromise a Controversy authorizing the Trustee to assign over the Estate's rights, if any, to certain litigation involving the Debtor's pre-petition tenants.** A copy of said Motion referred to herein is available for inspection at the offices of the Clerk of the U.S. Bankruptcy Court or at the offices of Yalden, Olsen & Willette, during usual business hours.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

**Attend the hearing on scheduled to be held on the 18th day of November, 2013 at 9:30 am in courtroom 3100, United States Bankruptcy Court, 327 South Church St., Rockford, IL 61101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Joseph D. Olsen, Trustee

By:  YALDEN, OLSEN & WILLETTE, his attorneys

By:    s/s   Joseph D. Olsen

Joseph D. Olsen
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 29, 2013 I caused the aforesaid to be served upon all persons to whom it is directed (see attached Service List) by United States Mail by depositing the same in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m.

s/s Gail Schumacher

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TERESA SCHEPLER, | ) | CASE NO. 13-82267 |
| | ) | |
| Debtor. | ) | JUDGE: THOMAS M. LYNCH |

## MOTION TO COMPROMISE A CONTROVERSY

NOW COMES the Trustee, Joseph D. Olsen, by his attorneys, Yalden, Olsen & Willette, pursuant to Bankruptcy Rule 9019, and for his Motion to Compromise a Controversy that arose between the Estate and the Debtor's ex-husband over the joint administration of a parcel of real estate, states as follows:

### Predicate Facts

1. That the Debtor, Teresa Schepler, filed her Voluntary Petition for Relief on June 24, 2013;

2. That Joseph D. Olsen is the case Trustee;

3. The Debtor was a owner of one-half of the interest in certain improved real estate commonly known as 773 Western Drive, Crystal Lake, Illinois on the date of petition;

4. Also on the date of the petition the afore-described real estate was rented to some tenants and was listed for sale;

5. That sometime on or after the date of the petition the Bankruptcy Estate received an offer to purchase the property at $169,000.00 which offer to purchase was subsequently reduced to $161,000.00 purportedly because of damage done by the tenants to the property. The Bankruptcy Estate and the Debtor's ex-husband subsequently closed on the property at the reduced sale price. Heretofore, the ex-husband has written a demand letter to the tenants for damage to the property for approximately $13,000.00;

6. The Debtor's ex-husband now wants to pursue this claim against the tenants in small claims court in McHenry County, Illinois. Jurisdictional limits are at $10,000.00. The Debtor's ex-husband wants the Trustee to join in this litigation and to hire an attorney (Laurence Wilbrandt) on an hourly basis to pursue same;

7. The Trustee is reluctant to get involved in this proposed litigation in State Court in that the recovery will be limited to $10,000.00 (the Bankruptcy Estate's one-half interest at at $5,000.00. It is also the Trustee's understanding it may be limited to $8,000.00 (reduction of sale price) and accordingly, the net recovery after attorneys' fees and costs may be substantially less. Further, the Trustee is reluctant to have to go to appear in McHenry County for trial on the matter and there is always the issue involving collection of any judgment.

WHEREFORE, the Trustee, Joseph D. Olsen, is proposes to resolve this issue with the ex-husband under the following terms and conditions:

The Trustee will assign his interest in this lawsuit to the ex-husband so that the matter can be pursued only in the ex-husband's name which will alleviate any concern the Trustee has about appearing at trial. Further, the ex-husband would advance all court costs and attorney's fees. The Trustee will agree that if there is a recovery, those attorney's fees and advanced costs will be paid first from any recovery, and the balance will be split 70/30 between the ex-husband and the Estate thereafter.

JOSEPH D. OLSEN, Trustee

By: YALDEN, OLSEN & WILLETTE, his attorneys

By:   s/s Joseph D. Olsen

Prepared by:
Joseph D. Olsen
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104
(815) 965-8635

| | | |
|---|---|---|
| 5/3 Bank Credit Card<br>5050 Kingsley Drive<br>Cincinatti, OH 45263-0001 | Attorney Laurence A. Wilbrandt<br>65 S. Virginia St.<br>Crystal Lake, IL 60014-5818 | Bank Of America, N.A.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410-8119 |
| Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Commerce Bank<br>PO Box 411036<br>Kansas City, MO 64141-1036 | Donald Schepler<br>9425 W. Glen Oaks Cir. N.<br>Sun City, AZ 85351-1307 | FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS, MI 49546-6253 |
| Poplar Grove State Bank<br>109 North State Street<br>Poplar Grove, IL 61065-8402 | Wooster St. Townhome Association<br>Ken Kniep, Poplar Grove State Bank<br>109 N. State St.<br>Poplar Grove, IL 61065-8402 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |
| Rebecca A Lamm<br>Franks Gerkin and McKenna P.C.<br>19333 E Grant Hwy<br>Marengo, IL 60152-8234 | Teresa M. Schepler<br>150 North Wooster Street<br>Unit #6<br>Capron, IL 61012-9505 | |