UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: SCHEPLER, TERESA M. | § Case No. 13-82267 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/23/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/28/2015          By:  /s/JOSEPH D. OLSEN
                                                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: SCHEPLER, TERESA M. | § | Case No. 13-82267 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    161,000.00

*and approved disbursements of*     $    136,902.42

*leaving a balance on hand of* [1]     $    24,097.58

**Balance on hand:**     $    24,097.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    24,097.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 7,275.00 | 0.00 | 7,275.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 127.58 | 0.00 | 127.58 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,807.00 | 0.00 | 1,807.00 |

Total to be paid for chapter 7 administration expenses:    $    9,209.58
Remaining balance:    $    14,888.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    14,888.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    14,888.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,355.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 1,487.35 | 0.00 | 644.55 |
| 2 | Fifth Third Bank | 8,855.44 | 0.00 | 3,837.53 |
| 3 | eCAST Settlement Corporation, assignee | 24,012.56 | 0.00 | 10,405.92 |

Total to be paid for timely general unsecured claims:   $    14,888.00
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:                                    $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:                        $       0.00

Prepared By: /s/JOSEPH D. OLSEN
                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-82267-TML
Teresa M. Schepler                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Jan 28, 2015
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
```
db           #+Teresa M. Schepler,    150 North Wooster Street,    Unit #6,    Capron, IL 61012-9505
20642903     +5/3 Bank Credit Card,    5050 Kingsley Drive,    Cincinatti, OH 45263-0001
20642904     +Attorney Laurence A. Wilbrandt,    65 S. Virginia St.,    Crystal Lake, IL 60014-5818
20642905    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America, N.A.,    4161 Piedmont Parkway,
                Greensboro, NC 27410)
20642906      Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
20642907     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
20642908     +Chase,   PO Box 94014,    Palatine, IL 60094-4014
20642911     +Donald Schepler,    9425 W. Glen Oaks Cir. N.,    Sun City, AZ 85351-1307
20642912    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263)
20642913     +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
20642914     +Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
20924660     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20642915     +Poplar Grove State Bank,    109 North State Street,    Poplar Grove, IL 61065-8402
20642916     +Wooster St. Townhome Association,    Ken Kniep, Poplar Grove State Bank,    109 N. State St.,
               Poplar Grove, IL 61065-8402
21057790      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20642910     +E-mail/Text: bankruptcy@commercebank.com Jan 29 2015 00:49:57      Commerce Bank,
               PO Box 410857,    Kansas City, MO 64141-0857
20642909     +E-mail/Text: bankruptcy@commercebank.com Jan 29 2015 00:49:57      Commerce Bank,
               PO Box 411036,    Kansas City, MO 64141-1036
20806159      E-mail/Text: bankruptcy@commercebank.com Jan 29 2015 00:49:57      Commerce Bank,
               P O BOX 419248,    KCREC-10,   Kansas City, MO 64141-6248
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20900330       Bank of America, N.A., its successors and assigns
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
```
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Henry   Repay    on behalf of Creditor    Poplar Grove State Bank repaylawfirm@ithink2.net,
               cassie.repaylaw@gmail.com
              Jeffrey Spector     on behalf of Creditor    Bank of America, N.A., its successors and assigns
               jeff.spector@clientservices.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rebecca A Lamm    on behalf of Debtor Teresa M. Schepler rlamm@fgmlaw.com
                                                                                             TOTAL: 7
```