**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHEPLER, TERESA M.                             § Case No. 13-82267
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $101,146.47                    Assets Exempt: $58,275.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $109,914.98     Claims Discharged
                                                 Without Payment: $27,388.35

Total Expenses of Administration: $26,480.93

---

   3) Total gross receipts of $ 161,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,604.09 (see **Exhibit 2**), yielded net receipts of $136,395.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $158,609.00 | $95,026.98 | $95,026.98 | $95,026.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,480.93 | 26,480.93 | 26,480.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,275.00 | 34,355.35 | 34,355.35 | 14,888.00 |
| **TOTAL DISBURSEMENTS** | $200,884.00 | $155,863.26 | $155,863.26 | $136,395.91 |

4) This case was originally filed under Chapter 7 on June 24, 2013. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015     By: /s/JOSEPH D. OLSEN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 773 Western Drive, Crystal Lake, IL, Single Fami | 1110-000 | 161,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$161,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chicago Title and Trust Company | Attorney Wilbrandt fees | 8500-002 | 800.00 |
| Chicago Title and Trust Company | Proceeds to Donald Schepler | 8500-002 | 23,804.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$24,604.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Poplar Grove State Bank | 4110-000 | 67,306.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 71,879.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 19,424.00 | N/A | N/A | 0.00 |
| | Chicago Title and Trust Company | 4110-000 | N/A | 19,171.21 | 19,171.21 | 19,171.21 |
| | Chicago Title and Trust Company | 4110-000 | N/A | 72,203.21 | 72,203.21 | 72,203.21 |
| | Chicago Title and Trust Company | 4700-000 | N/A | 3,652.56 | 3,652.56 | 3,652.56 |
| **TOTAL SECURED CLAIMS** | | | **$158,609.00** | **$95,026.98** | **$95,026.98** | **$95,026.98** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 7,275.00 | 7,275.00 | 7,275.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 127.58 | 127.58 | 127.58 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,807.00 | 1,807.00 | 1,807.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 1,007.00 | 1,007.00 | 1,007.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 750.75 | 750.75 | 750.75 |
| Chicago Title and Trust Company | 2820-000 | N/A | 5,447.00 | 5,447.00 | 5,447.00 |
| Chicago Title and Trust Company | 3510-000 | N/A | 8,143.00 | 8,143.00 | 8,143.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 492.50 | 492.50 | 492.50 |
| Chicago Title and Trust Company | 2500-000 | N/A | 283.00 | 283.00 | 283.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 241.50 | 241.50 | 241.50 |
| Chicago Title and Trust Company | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Rabobank, N.A. | 2600-000 | N/A | 25.95 | 25.95 | 25.95 |
| Rabobank, N.A. | 2600-000 | N/A | 32.99 | 32.99 | 32.99 |
| Rabobank, N.A. | 2600-000 | N/A | 38.83 | 38.83 | 38.83 |
| Rabobank, N.A. | 2600-000 | N/A | 36.42 | 36.42 | 36.42 |
| Rabobank, N.A. | 2600-000 | N/A | 32.84 | 32.84 | 32.84 |
| Rabobank, N.A. | 2600-000 | N/A | 33.97 | 33.97 | 33.97 |
| Rabobank, N.A. | 2600-000 | N/A | 37.44 | 37.44 | 37.44 |
| Rabobank, N.A. | 2600-000 | N/A | 35.04 | 35.04 | 35.04 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.97 | 22.97 | 22.97 |
| Rabobank, N.A. | 2600-000 | N/A | 33.80 | 33.80 | 33.80 |
| Rabobank, N.A. | 2600-000 | N/A | 38.40 | 38.40 | 38.40 |
| Rabobank, N.A. | 2600-000 | N/A | 33.69 | 33.69 | 33.69 |
| Rabobank, N.A. | 2600-000 | N/A | 37.12 | 37.12 | 37.12 |
| Rabobank, N.A. | 2600-000 | N/A | 35.91 | 35.91 | 35.91 |
| Rabobank, N.A. | 2600-000 | N/A | 31.23 | 31.23 | 31.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,480.93 | $26,480.93 | $26,480.93 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 1,487.00 | 1,487.35 | 1,487.35 | 644.55 |
| 2 | Fifth Third Bank | 7100-000 | 8,855.00 | 8,855.44 | 8,855.44 | 3,837.53 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 24,012.00 | 24,012.56 | 24,012.56 | 10,405.92 |
| NOTFILED | 5/3 Bank Credit Card | 7100-000 | 7,921.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,275.00 | $34,355.35 | $34,355.35 | $14,888.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82267  
**Case Name:** SCHEPLER, TERESA M.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/24/13 (f)  
**§341(a) Meeting Date:** 07/25/13

**Period Ending:** 04/10/15  
**Claims Bar Date:** 10/29/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 150 North Wooster Street #6, Capron, IL 61012, C | 57,000.00 | 0.00 | | 0.00 | FA |
| 2 | 773 Western Drive, Crystal Lake, IL, Single Fami | 165,000.00 | 0.00 | | 161,000.00 | FA |
| 3 | Cash | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Associated Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Savings Account Associated Bank | 115.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account PNC Bank Account owned jointly | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellanous household goods and furnishings: di | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous books, pictures and artwork | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Clothes and shoes | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Camera | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Whole Life Insurance Policy 1st Investors Teresa | 1,961.47 | 0.00 | | 0.00 | FA |
| 13 | Term Life Insurance Policy Teresa Schepler is th | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 401(k) with Easter Seals John Handcock | 3,165.00 | 0.00 | | 0.00 | FA |
| 15 | IRA 1st Investors | 3,560.00 | 0.00 | | 0.00 | FA |
| 16 | Pension with TRS | 30,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Ford Escape 135,000 miles | 2,600.00 | 0.00 | | 0.00 | FA |
| 18 | Laptop and printer | 100.00 | 0.00 | | 0.00 | FA |
| 19 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 20 | BBQ Grill | 25.00 | 0.00 | | 0.00 | FA |
| 21 | Assigned small claims suit v. tenants  (u) | Unknown | 2,000.00 | | 0.00 | FA |
| 21 | **Assets    Totals** (Excluding unknown values) | **$266,146.47** | **$2,000.00** | | **$161,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82267  
**Case Name:** SCHEPLER, TERESA M.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/24/13 (f)  
**§341(a) Meeting Date:** 07/25/13

**Period Ending:** 04/10/15

**Claims Bar Date:** 10/29/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2014   **Current Projected Date Of Final Report (TFR):** January 31, 2015

Case 13-82267    Doc 42    Filed 04/30/15    Entered 04/30/15 15:28:03    Desc Main
Document      Page 8 of 9

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82267  
**Case Name:** SCHEPLER, TERESA M.  

**Taxpayer ID #:** **-***1606  
**Period Ending:** 04/10/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6366 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/13 | | Chicago Title and Trust Company | sale of 773 Weston Dr. | | 24,604.18 | | 24,604.18 |
| | {2} | | 161,000.00 | 1110-000 | | | 24,604.18 |
| | | | Payoff of first mortgage  -19,171.21 | 4110-000 | | | 24,604.18 |
| | | | Payoff of second mortgage  -72,203.21 | 4110-000 | | | 24,604.18 |
| | | | Earnest money  -1,007.00 | 2500-000 | | | 24,604.18 |
| | | | Owners policy  -750.75 | 2500-000 | | | 24,604.18 |
| | | | County taxes  -5,447.00 | 2820-000 | | | 24,604.18 |
| | | | Commission  -8,143.00 | 3510-000 | | | 24,604.18 |
| | | | closing fees  -492.50 | 2500-000 | | | 24,604.18 |
| | | | Insurance charges  -283.00 | 2500-000 | | | 24,604.18 |
| | | | transfer tax  -241.50 | 2820-000 | | | 24,604.18 |
| | | | Survey  -400.00 | 2500-000 | | | 24,604.18 |
| | | | 2012 taxes  -3,652.56 | 4700-000 | | | 24,604.18 |
| | | | Attorney Wilbrandt fees  -800.00 | 8500-002 | | | 24,604.18 |
| | | | Proceeds to Donald Schepler  -23,804.09 | 8500-002 | | | 24,604.18 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.95 | 24,578.23 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.99 | 24,545.24 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.83 | 24,506.41 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.42 | 24,469.99 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.84 | 24,437.15 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.97 | 24,403.18 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.44 | 24,365.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.04 | 24,330.70 |
| 06/03/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-82267, Bond #016018067 | 2300-000 | | 22.97 | 24,307.73 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.80 | 24,273.93 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.40 | 24,235.53 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.69 | 24,201.84 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.12 | 24,164.72 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 24,128.81 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.23 | 24,097.58 |
| 02/24/15 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,807.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,807.00 | 22,290.58 |
| 02/24/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $7,275.00, Trustee | 2100-000 | | 7,275.00 | 15,015.58 |

Subtotals :    $24,604.18    $9,588.60

{} Asset reference(s)

Printed: 04/10/2015 12:49 PM    V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-82267 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SCHEPLER, TERESA M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6366 - Checking Account |
| Taxpayer ID #: | **-***1606 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/10/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation; Reference: | | | | |
| 02/24/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $127.58, Trustee Expenses; Reference: | 2200-000 | | 127.58 | 14,888.00 |
| 02/24/15 | 105 | Commerce Bank | Dividend paid 43.33% on $1,487.35; Claim# 1; Filed: $1,487.35; Reference: | 7100-000 | | 644.55 | 14,243.45 |
| 02/24/15 | 106 | Fifth Third Bank | Dividend paid 43.33% on $8,855.44; Claim# 2; Filed: $8,855.44; Reference: | 7100-000 | | 3,837.53 | 10,405.92 |
| 02/24/15 | 107 | eCAST Settlement Corporation, assignee | Dividend paid 43.33% on $24,012.56; Claim# 3; Filed: $24,012.56; Reference: | 7100-000 | | 10,405.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,604.18 | 24,604.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,604.18 | 24,604.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $24,604.18 | $24,604.18 | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 24,604.18 | | | |
| Plus Gross Adjustments : | 136,395.82 | | Net | Net | Account |
| Less Other Noncompensable Items : | 24,604.09 | **TOTAL - ALL ACCOUNTS** | **Receipts** | **Disbursements** | **Balances** |
| | | **Checking # ******6366** | 24,604.18 | 24,604.18 | 0.00 |
| Net Estate : | $136,395.91 | | $24,604.18 | $24,604.18 | $0.00 |

{} Asset reference(s)

Printed: 04/10/2015 12:49 PM   V.13.21